UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVIN D RICHINS, *et al.*,<br><br>Defendants. | Case No. 2:05-CV-02531-DFL-KJM |

(PROPOSED) JUDGMENT

Pursuant to the stipulation and settlement entered between Defendants Alvin D Richins and Laura Richins and the United States of America, on behalf of its Department of Agriculture, Farm Service Agency (FSA) and pursuant to Federal Rule of Civil Procedure 55, this Court finds, adjudges and decrees as follows:

1. Judgment against Alvin D Richins and against Laura Richins, to the extent of her community property interest in his property, in the sum of $970,220.24 plus a daily interest accrual of $99.6835 from and after December 14, 2005, together with attorneys' fees and costs in the amount of 10% pursuant to 28 U.S.C. § 3011;

2. FSA's deeds of trust liens are adjudged and decreed a first priority lien upon the subject properties, superior to all right, title, interest, estate, lien or equity of each of the defendants herein and all persons claiming under, by or through them;

3. FSA's deeds of trust lien are foreclosed and each of the defendants and all persons claiming, under, by or through them, are forever barred and foreclosed of all right, title, interest, estate, lien, or equity in or to the subject property;

4. At the request of the FSA, the Clerk of Court shall issue a special execution and order of sale, directing the United States Marshal for the Eastern District of California ("Marshal") to seize and sell the subject property under execution,

1

1     pursuant to the laws and practice of this Court, at which sale any party to this
2     action may become a purchaser;
3  5.  The Marshal, out of the proceeds of said sale(s), shall pay first the costs of sale and
4     thereafter pay over to FSA the remaining proceeds to the extent necessary to
5     satisfy all sums adjudged due Plaintiff, and that any funds remaining after said
6     sale(s) shall be deposited with the Clerk of Court subject to the jurisdiction and
7     further order of this Court;
8  6.  Upon the completion of said sale(s), the Marshal shall issue and deliver to the
9     purchaser(s) a certificate of sale; that upon the expiration of the applicable period
10     of redemption, if any, if the subject properties be not redeemed, that the Marshal is
11     directed to issue and deliver to the holder(s) of the certificate of sale a deed of said
12     premises, free and clear of all claims and demands of the defendants, or any of
13     them, and if the trustors, their successors or assigns, refuse to deliver possession of
14     the properties, this Court shall issue writs of possession, placing the purchaser(s)
15     or their assigns in possession; and
16  7.  If the proceeds of said sale(s) are insufficient to satisfy said judgment, together
17     with accruing costs and any and all sums expended for the preservation of the
18     mortgaged properties from the date of judgment until the expiration of the period
19     of redemption, if any, the Marshal shall make the deficiency out of any other
20     property of defendant Alvin D Richins.

Entered in Open Court this 6 Day of March, 2006

_____
DAVID F. LEVI
United States District Judge

2